FILED

JUN 1 1 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )    I N D I C T M E N T |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )    CASE NO. **1:25 CR 0 0 279** |
| v. | ) |
| | )    Title 18, United States Code, |
| JERMAINE KUSHUN WHITE, | )    Sections 922(n), 922(o), |
| | )    924(a)(1)(D), 924(a)(2), and |
| Defendant. | )    924(c)(1)(A)(i); Title 21, United |
| | )    States Code, Sections 841(a)(1), |
| | )    (b)(1)(B), and (b)(1)(C) |

**JUDGE FLEMING**

COUNT 1
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury charges:

1.      On or about February 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant JERMAINE KUSHUN WHITE did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 2
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2.      On or about February 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant JERMAINE KUSHUN WHITE did knowingly and intentionally possess

with the intent to distribute a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 3
(Possession with Intent to Distribute a Controlled Substance,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3.   On or about February 25, 2025, in the Northern District of Ohio, Eastern

Division, Defendant JERMAINE KUSHUN WHITE did knowingly and intentionally possess

with the intent to distribute a mixture or substance containing a detectable amount of cocaine, a

Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1)

and (b)(1)(C).

COUNT 4
(Possession of a Firearm in Furtherance of a Drug Trafficking Offense,
18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

4.   On or about February 25, 2025, in the Northern District of Ohio, Eastern

Division, Defendant JERMAINE KUSHUN WHITE did knowingly possess a firearm, in

furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, that is, Possession with Intent to Distribute a Controlled Substance, as charged in Counts

1, 2 and 3 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

2

## COUNT 5
(Illegal Possession of Machinegun, 18 U.S.C. §§ 922(o) and 924(a)(2))

The Grand Jury further charges:

5.      On or about February 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant JERMAINE KUSHUN WHITE did knowingly possess a machinegun, to wit: a machinegun conversion device ("Glock switch"), that is a combination of parts designed and intended for use in converting a weapon into a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT 6
(Illegal Receipt of a Firearm by a Person Under Indictment,
18 U.S.C. § 922(n) and 924(a)(1)(D))

The Grand Jury further charges:

6.      On or about the February 25, 2025, in the Northern District of Ohio, Eastern Division, Defendant, JERMAINE KUSHUN WHITE, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Felonious Assault, in the Cuyahoga County Court of Common Pleas, Case No. CR-24-694810, did willfully receive a firearm, that is, a Glock 22, model Gen 5, .40 caliber pistol, bearing serial number CCPK572, said firearm having been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(n) and 924(a)(1)(D).

## FORFEITURE

The Grand Jury further charges:

7.      For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 through 6 are incorporated herein by reference. As a

3

result of foregoing offenses, Defendant JERMAINE KUSHUN WHITE shall forfeit to the United States, any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of the drug offenses charged herein; any and all of his property used, or intended to be used, in any manner or part, to commit or to facilitate the commission of the drug offenses charged herein; and any and all firearms and ammunition involved in or used in the commission of the firearms offenses charged herein; including, but not limited to, the following: $1,504.00 in U.S Currency seized on February 25, 2025, from JERMAINE KUSHUN WHITE.

A TRUE BILL.

Original document – Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.

4